# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
## Case No. 5:23-cv-00143-LLK

**GLENN E. DAULTON, INC.,**                                                              **PLAINTIFF**

**v.**

**PONTCHARTRAIN PARTNERS, LLC**,                                                 **DEFENDANT**

## MEMORANDUM OPINION AND ORDER

On April 8, 2024, the parties herein consented to the jurisdiction and authority of the undersigned United States Magistrate Judge to conduct all proceedings in this civil action and to order the entry of final judgment, with any subsequent appeal to be filed directly to the United States Court of Appeals for the Sixth Circuit. Order of April 9, 2024, [DN 16]. On April 9, 2024, District Judge Beaton signed the Order Approving Consent to Magistrate Judge Adjudication. [DN 17]. Pursuant to this authority, the Court held a telephonic status conference on January 6, 2025, to discuss matters concerning the pending motion for attorneys' fees, [DN 26]. All parties were represented by counsel.

Prior to the call, counsel notified the Court that a resolution had been reached in a related case before this Court, *Glenn E. Daulton, Inc. v. Pontchartrain Partners, LLC*, 5:24-cv-00147-BJB-LLK, that impacted the amount of damages awarded in the Court's prior judgment, *see* November 1, 2024 Memorandum Opinion and Order [DN 25]. Based on the status conference discussion and issues presented therein, the Court **HEREBY ORDERS** the parties to either submit an Agreed Judgment providing a calculation of damages and attorneys' fees, or Joint Status Report outlining the parties' respective positions on the same, no later than Wednesday, February 5, 2025.

**IT IS FURTHER ORDERED** that a telephonic status conference will be held on Monday, March 10, 2025, at 11:00 a.m. Central Time before Magistrate Judge Lanny King. Counsel for the parties shall connect to the call by dialing the NEW number at 1-650-479-3207 and entering access code 2303 118 0494#. Attendees should press # to skip entry of an attendee or host code. Should the parties resolve their dispute before this time, they shall notify the Court in advance.

January 10, 2025

**Lanny King, Magistrate Judge**
**United States District Court**

Copies to: Counsel
Court Time. .10